UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 03-cr-00210-MSK
Civil Action No. 04-cv-02088-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ROBERT B. SULLIVAN,

      Defendant.

---

## ORDER DENYING MOTION TO VACATE SENTENCE

---

**THIS MATTER** is before the Court pursuant to the Defendant's *pro se* Motion for Summary Judgment Fed. R. Civ. P. 56 **(# 109)**, which this Court construes to be a Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255. *See Docket* # 109 at 11-12 (requesting vacatur of judgment of conviction and release from sentence).

The Defendant has previously filed two motions pursuant to § 2255, one of which this Court addressed on its merits, *see Docket* # 71 (motion), *Docket* # 83 (order denying), and one which this Court denied as being second or successive under § 2255 without containing the appropriate certification from the Court of Appeals, *see Docket* # 94 (motion), *Docket* # 98 (order). Of note here is that the Defendant appealed the denial of his second § 2255 motion, and the 10th Circuit vacated this Court's denial of that motion, holding instead that that this Court lacked jurisdiction to consider it. *U.S. v. Sullivan*, 20007 WL 60894 (10th Cir. Jan. 10, 2007) (unpublished).

As the 10th Circuit explained, the Defendant "must obtain authorization" from that court "before he may file another such motion in the district court." The instant motion lacks any indication of such authorization. Accordingly, this Court lacks jurisdiction to consider it, and the Motion **(# 109)** is **DENIED** for lack of jurisdiction in this Court under 28 U.S.C. § 2255.

Dated this 5th day of February, 2007

**BY THE COURT:**

Marcia S. Krieger
United States District Judge